**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

Associated Eye Care Ltd., a Minnesota corporation,

Plaintiff,

vs.

Cv 00-1547 RHK/JMM

**ORDER**

First Insight Corporation, an Oregon corporation,

Defendant.

---

This action having been filed three months or more ago and service not yet perfected, this court must assume this case has been settled, therefore,

Unless plaintiff's counsel provides this court with a summons served upon all parties within 20 days of this date, this case will be dismissed.

Dated: November 7, 2000

**RICHARD H. KYLE**, Judge
United States District Court

FILED NOV 07 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK