UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ASSOCIATED EYE CARE, LTD.,

Plaintiff,

v.

FIRST INSIGHT CORPORATION,

Defendant.

CIVIL NO. 00-1547 (RHK)

ORDER OF RECUSAL

Pursuant to the provisions of 28 U.S.C. § 455(a), the undersigned hereby recuses himself in this matter. By separate notice, the parties will be advised by the Clerk of Court as to the new Magistrate Judge on this matter.

Dated: January 5, 2001

JOHN M. MASON
United States Magistrate Judge

Filed JAN 05 2001
Francis E. Dosal, Clerk
Judgment Entered ____________
Deputy Clerk's Initials ____________

Pursuant to a recusal by the Magistrate on this case, the case has now been reassigned to Magistrate Judge Jonathan G. Lebedoff.

NEW CASE NUMBER 00-1547 RHK/JGL

Use this case number for all further filings.