UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-1547 (RHK/JGL)

ASSOCIATED EYE CARE, LTD.,

Plaintiff,

v.

**PRETRIAL ORDER**

FIRST INSIGHT CORPORATION,

Defendant.

Pursuant to Rule 16, Fed.R.Civ.P., the following schedule shall control pre-trial proceedings in this case:

1. Estimated length of trial is three to four days;

2. All motions which seek to amend any pleading or to add any parties must be filed prior to June 15, 2001;

3. Plaintiff shall disclose all expert witnesses, including reports, by October 15, 2001; Defendant shall disclose all expert witnesses, including reports, by November 15, 2001; Plaintiff's rebuttal expert witnesses shall be disclosed by November 30, 2001;

4. The period during which the parties may seek discovery shall be completed by January 15, 2002;

5. All non-dispositive motions, specifically those which relate to discovery and the discovery period, must be filed prior to February 15, 2002;

6. Until further notice, all dispositive motions must be noticed, served and filed, in accordance with the local rules, prior to March 15, 2002; and

7. This case will be considered "ready for trial" as of June 1, 2002.

DATED: March 27, 2001

JONATHAN LEBEDOFF
United States Magistrate Judge

FILED MAR 28 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD