**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Associated Eye Care, Ltd., a Minnesota corporation,

Plaintiff,

Civil No. 00-1547 (RHK/JGL)

vs.

**ORDER**

First Insight Corporation, an Oregon corporation,

Defendant.

---

Plaintiff's Motion for Enforcement of the Settlement Agreement is referred to Magistrate Judge Jonathan G. Lebedoff for a recommended disposition. The May 9, 2001, hearing before the undersigned is **CANCELED**; Judge Lebedoff will reschedule the hearing date.

Dated: April 26, 2001

RICHARD H. KYLE
United States District Judge

APR 26 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK