137583

RECEIVED
BY MAIL
APR 27 2001
CLERK US DIST COURT
ST. PAUL, MN

# UNITED STATES DISTRICT COURT

**District of Minnesota**
**Clerk's Office, 708 Federal Building,**
**316 North Robert St., St. Paul, MN 55101, Phone:(651)848-1100**

## PETITION FOR ADMISSION PRO HAC VICE

**Case Number:** 00-1547 (RHK/JGL) **Case Title:** Associated Eye Care, Ltd., v. First Insight Corporation

**Affidavit of Movant**

I, James K. Langdon, II an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Richard L. Baum, an attorney admitted to practice in the ____________ District of Oregon and *, but not admitted to the bar of this court, who will be counsel for the ( )plaintiff (X)defendant First Insight Corporation in the case(s) listed below. I am aware that the local rules of this court require that I participate in the presentation of the case(s) listed below, and that I accept service of all papers served.

James K. Langdon II — Signature

171931 — MN Attorney License #

4-5-01 — Date

**Affidavit of Proposed Admittee**

I, Richard L. Baum, am currently a member in good standing of the U.S. District Court for the ____________ District of Oregon and *, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed below, and must accept service of all papers served.

Richard L. Baum — Type/Print Name

Signature

4/23/01 — Date

Attorney License Number: Oregon: 98032 Washington: 12581

Law Firm Name & Address: Perkins Coie LLP
1211 S.W. Fifth Avenue, Suite 1500
Portland, OR 97204-3715

Telephone: (503) 727-2000

Motion Granted: Francis E. Dosal
For the Court: Francis E. Dosal, Clerk

APR 27 2001 — Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

6/99

* Eastern and Western Districts of Washington