**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

**ASSOCIATED EYE CARE, LTD., a Minnesota corporation,**

Plaintiff,

v.

**FIRST INSIGHT CORPORATION, an Oregon corporation,**

Defendant.

---

Civil No. 00-1547 (RHK/JGL)

**O R D E R**

Based upon the Report and Recommendation by United States Magistrate Judge Jonathan Lebedoff, dated May 21, 2001, all the files, records and proceedings herein, and no objections having been filed to that Report and Recommendation,

**IT IS HEREBY ORDERED**:

(1) Plaintiff's Motion to Enforce Settlement Agreement (Doc. No. 14) is **DENIED.**

Dated: June 14, 2001

RICHARD H. KYLE
United States District Judge

FILED JUN 14 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________