UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 00-1547 (RHK/JGL)

ASSOCIATED EYE CARE, LTD.,

Plaintiff,

v.

**NOTICE OF SETTLEMENT CONFERENCE**

FIRST INSIGHT CORPORATION,

Defendants,

Judge Richard H. Kyle has referred the above matter to me for purposes of conducting a settlement conference. This settlement conference has been scheduled for **Friday, July 27, 2001, at 9:00 a.m.** in my chambers, **Suite 9E, U.S. Courthouse, 300 South Fourth Street, MINNEAPOLIS, MN 55415**. **PLEASE REPORT TO THE CHAMBERS--NOT THE COURTROOM**.

In order to bring me up to date about the issues in this case as they have developed since commencement, a letter or settlement brief addressed to my chambers, with service on opposing counsel, shall be submitted five days before the scheduled conference.

Counsel who will actually try the case and each party armed with full settlement authority are expected to attend the conference. If there is an insurance company involved, an agent of the company with full settlement authority shall also be in attendance. Availability by telephone is not acceptable.

Dated: June 29, 2001

JONATHAN LEBEDOFF
United States Magistrate

**Notice mailed to:**

Lora Esch Mitchell, Esq.
Fredrikson & Byron
1100 International Center
900 Second Avenue South
Minneapolis, MN 55402-3787

James K Langdon II, Esq.
Dorsey & Whitney
Pillsbury Center South
220 South Sixth Street
Minneapolis, MN 55402

Richard L. Baum, Esq.
Perkins Coie
1211 Fifth Avenue SW Suite 1500
Portland, OR 97204

FILED JUN 29 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK